**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **MATTHEW BORDEN**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**NGM INSURANCE COMPANY**<br><br>        **Defendant.** | **CIVIL ACTION NO. 20-1878** |

<u>**ORDER**</u>

    **AND NOW**, this 8th day of March 2023, upon consideration of Defendant's Motion for Summary Judgment as to Count II of Plaintiff's Amended Complaint [Doc. No. 33], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. It is further **ORDERED** that Count I of Plaintiff's Amended Complaint is **DISMISSED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

    It is so **ORDERED**.

 

                        **BY THE COURT:**

                        **/s/ Cynthia M. Rufe**

                        _____

                        **CYNTHIA M. RUFE, J.**